**U.S. Department of Justice**
**United States Marshals Service**

PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| [illegible] | [illegible] (E) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Yossie [Carrin] | S&C Official Capacity |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

[illegible Central Jail (Chaplain Yossie Carrin)]

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

[illegible Bauchet Street, Los Angeles, California]

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

[Ishmael Musadiq]
[450 Bauchet Street]
[Los Angeles, California]
[90012]

- Number of process to be served with this Form - 285
- Number of parties to be served in this case: 3
- Check for service on U.S.A.

FILED 2010 APR 12 AM 9:34 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

This defendant can be located on the 4000 floor of [Men's] Central between the hours of 9:00 a.m. - 1:00 p.m. Defendant teaches a class named "Spiritual Growth". Defendant also has an office on the 4000 floor. Defendant is being served in both his official capacity as Chaplain and in his individual capacity. For this Form (official capacity).

| Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|
| Ishmael Musadiq | None | 11/6/09 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 12 | District to Serve No. 12 | Signature of Authorized USMS Deputy or Clerk P. Rojas | Date 1/20/10 |
|---|---|---|---|---|---|

I hereby certify and return that ☒ I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

| Date of Service | Time | |
|---|---|---|
| 04/08/10 | 0815 | ☒ am ☐ pm |

Signature of U.S. Marshal or Deputy
[signature] 4468

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

**REMARKS:**

NO EMPLOYEE BY NAME LISTED 1st ATTEMPT
2nd attempt PERSONAL SERVICE 4/08/10 by Deputy James Pham
Yossie Carrin, in Official Capacity.

PRIOR EDITIONS MAY BE USED          2. USMS RECORD          FORM USM-285 (Rev. 12/15/80)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.  CV 09-7237-JFW (E)          Date:  March 31, 2010

Title:  ISHMAEL MIZRAHI v. RANDY L. BELL, et al.

DOCKET ENTRY

PRESENT:

HON.  CHARLES F. EICK, JUDGE

STACEY PIERSON                                   N/A
DEPUTY CLERK                              COURT REPORTER

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

None                                              None

PROCEEDINGS:    (IN CHAMBERS)

On October 8, 2009, the Magistrate Judge filed an "Order Directing Service of Process By the United States Marshal" ("the prior service order"). The prior service order required service of process on Defendants "Randy L. Bell," "Bert Lannie," and "Yossie Carrin." The prior service order specified that "if the defendant(s) do not timely waive service, the United States Marshal promptly shall attempt personal service."

All of the Defendants apparently remain unserved. It is ordered that the United States Marshal promptly renew efforts to effect personal service on the Defendants. To facilitate these efforts, attached is a copy of "Service Information," received from Plaintiff on March 29, 2010. The "Service Information," which is ordered filed, purports to provide information concerning the identities and locations of the Defendants, including alternate spellings of the name of Defendant "Carrin."

cc:   Judge Walter
      United States Marshal
      Plaintiff
      All Counsel of Record

Initials of Deputy Clerk  SP

MINUTES FORM 11

CIVIL-GEN