1

2

3

4

5

6

7

8              **UNITED STATES DISTRICT COURT**

9            **CENTRAL DISTRICT OF CALIFORNIA**

10

11  ISHMAEL MIZRAHI,                    )  NO. CV 09-7237-JFW(E)
                                        )
12              Plaintiff,              )
                                        )
13      v.                              )  ORDER ACCEPTING FINDINGS,
                                        )
14  RANDY L. BELL, et al.,              )  CONCLUSIONS AND RECOMMENDATIONS
                                        )
15              Defendants.             )  OF UNITED STATES MAGISTRATE JUDGE
                                        )
16  _____    )

17

18      Pursuant to 28 U.S.C. section 636, the Court has reviewed the

19  Complaint, all of the records herein and the attached Report and

20  Recommendation of United States Magistrate Judge.  The Court accepts

21  and adopts the Magistrate Judge's Report and Recommendation.

22

23      IT IS ORDERED that: (1) the Report and Recommendation of the

24  Magistrate Judge is accepted and adopted; and (2) Judgment shall be

25  entered dismissing the action without prejudice.

26  ///

27  ///

28  ///

1      IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of

2  this Order and the Judgment of this date on the Plaintiff and counsel

3  for Defendants.

4

5      DATED: November 18, 2011.

6

7

8  _____

9             JOHN F. WALTER
      UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2