JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ISHMAEL MIZRAHI, | ) | NO. CV 09-7237-JFW(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| RANDY L. BELL, et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: November 18, 2011.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE